| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | AMBER L. ROLLER, CA Bar No. 273354 |
| 3 | amber.roller@ogletree.com |
| | J. NICHOLAS MARFORI, CA Bar No. 311765 |
| 4 | nicholas.marfori@ogletree.com |
| 5 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, California 90071 |
| 6 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 7 | |
| 8 | Attorneys for Defendant Omni RLP Holdings, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rafael Arroyo, | Case No. 5:20-cv-02510-JGB-KK |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 12(B)(6)** |
| v. | |
| Omni RLP Holdings, LLC, a Delaware Limited Liability Company; Does 1-10; | |
| Defendants. | Date: June 3, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | _____ |
| | [*Filed concurrently with Memorandum of Points and Authorities; and Request for Judicial Notice*] |
| | Complaint Filed: October 20, 2020<br>Trial Date: None<br>District Judge: Hon. Jesus G. Bernal<br>  Courtroom 1, Riverside |
| | Magistrate Judge: Hon. Kenly Kiya Kato<br>  Courtroom 3 or 4, Riverside |

Case No. 1:21-cv-00108-RMI

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 12(B)(6)

46566098_1.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF RAFAEL ARROYO AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on June 3, 2021 10:00 a.m., or as soon after that as the matter may be heard, before the Honorable Jesus G. Bernal in Courtroom 1, of the above-entitled Court, located at 3470 Twelfth Street, Riverside, CA 92501, defendant Omni RLP Holdings, LLC ("Defendant") will and hereby does move the Court for an Order dismissing each of the claims for relief brought by plaintiff Rafael Arroyo ("Plaintiff") in this action for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the remaining pleadings on file in this case, the record as a whole, and upon such further oral and documentary evidence and argument as may be presented at or before the time of the hearing.

## CONFERENCE OF COUNSEL

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 31, 2020 and January 4, 2021.  Counsel for

Defendant initiated the meet and confer with Plaintiff's counsel on December 31, 2020, but the parties were unable to telephonically confer until January 4, 2021.

Respectfully submitted,

DATED:  March 29, 2021         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ J. Nicholas Marfori
     Amber L. Roller
     J. Nicholas Marfori

Attorneys for Defendant
Omni RLP Holdings, LLC

46566098.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

46566098_1.docx

2  Case No. 1:21-cv-00108-RMI
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULE 12(B)(6)